■ TOWN OF HAMLIN, Respondent, v BRIAN J. CONVERY et al., Appellants. [638 NYS2d 373] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Cornelius, J. (Appeal from Order of Supreme Court, Monroe County, Cornelius, J.—Permanent Injunction.) Present— Green, J. P., Pine, Fallon, Callahan and Davis, JJ.